## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BODKINS, III,                          :
                                               :
                    **Plaintiff**              :
        v.                                     :     **3:17-CV-00370**
                                               :     **(JUDGE MARIANI)**
ANDREW SAUL,                                   :
                                               :
                    **Defendant**              :

### ORDER

**AND NOW, THIS** 3rd **DAY OF NOVEMBER, 2020**, upon *de novo* review of

Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 29),

Plaintiff's Objections thereto (Doc. 30), and all other relevant documents, **IT IS HEREBY**

**ORDERED THAT:**

1. The R&R (Doc. 29) is **ADOPTED** for the reasons set forth therein and in this Court's

   accompanying memorandum opinion.

2. Defendant's Objections (Doc. 30) are **OVERRULED** for the reasons set forth in this

   Court's accompanying memorandum opinion.

3. Plaintiff's Appeal is **DENIED**.

4. The Commissioner of Social Security's decision is **AFFIRMED**.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge